**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

EZEQUIEL PIÑA-CARRILLO,

No. C 07-00278 MJJ
(Criminal Case: CR 04-40162 MJJ)

12

Petitioner,

**ORDER TO SHOW CAUSE**

13

v.

14

BOBBY COMPTON, Warden,

15

Respondent.

16

/

17

Petitioner Ezequiel Piña-Carrillo ("Petitioner") is currently serving a term of one-hundred

18

twenty months at the Lompoc United States Penitentiary.  On August 8, 2005 Petitioner pled guilty

19

to one count of Conspiracy to Possess with Intent to Distribute Methamphetamine and Cocaine (21

20

U.S.C. §  846) and one count of Possession of a Counterfeit Alien Registration Card (18 U.S.C. §

21

1546(a)). Petitioner has filed a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2255.

22

Petitioner seeks *habeas corpus* relief, claiming that his sentence is unconstitutional for four

23

reasons. First, petitioner claims that he was given too long of a sentence considering his prior

24

criminal record and his claim that he never possessed methamphetamine.  Second, petitioner claims

25

that a government informant induced him to sell a larger quantity of drugs which carried a greater

26

criminal penalty.  Third, petitioner claims that there was no indication concerning the conspiracy

27

count that he was a "leader or worse type offender".  Finally, petitioner claims that he received

28

ineffective assistance of counsel. Under this claim he notes that he required a translator to

1    understand what it meant to waive his right to appeal.  He argues that he was not informed that the

2    plea depicted him as the leader of a conspiracy, and that his attorney did not inform him that he was

3    taking responsibility for possessing any methamphetamine.

4         For the foregoing reasons and for good cause shown, the Court hereby issues the following

5    Order to Show Cause.[1]  It is hereby **ORDERED** that:

6         1.    The Clerk of the Court shall serve by certified mail a copy of this Order and the

7    petition and all attachments thereto upon respondent and upon respondent's attorney, the United

8    States Attorney.  The Clerk shall also serve a copy of this Order on petitioner.  The Clerk shall

9    promptly enter the proofs of service in the files for both Case No. C 07-00278 MJJ, and the

10   underlying criminal case Case No. CR 04-40162 MJJ.

11        2.    Respondent shall file and serve within sixty (60) days of the issuance of this order, an

12   answer conforming in all respects with Rule 5 of the Rules Governing Habeas Corpus Cases Under

13   Section 2255, showing cause why a writ of *habeas corpus* should not issue.

14        3.    If petitioner wishes to respond to the answer, he shall do so by filing and serving a

15   traverse within thirty (30) days of his receipt of the answer.

16

17        **IT IS SO ORDERED.**

18

19

20

21   Dated: October 5, 2007                    _____
                                                  MARTIN J. JENKINS
22                                                UNITED STATES DISTRICT JUDGE

23

24

25

26

27        [1] The Court previously entered an Order to Show Cause in Case No.C 07-00278 MJJ.  However, the Court is unable
     to confirm to its satisfaction that the earlier Order to Show Cause was served upon Respondent and Respondent's attorney
28   in the manner previously ordered by the Court.  Accordingly, the Court issues this further Order to Show Cause.

2